Cite as 2025 Ark. 125
# SUPREME COURT OF ARKANSAS
No. D-25-229

ROBERT M. BRECH, EXECUTIVE
DIRECTOR, COMMITTEE ON
PROFESSIONAL CONDUCT
                          PETITIONER

V.

MICHAEL DAVID COLLINS, ARK.
BAR NO. 97078
                          RESPONDENT

Opinion Delivered: July 17, 2025

AN ORIGINAL ACTION

PETITION FOR RECIPROCAL
DISBARMENT GRANTED.

**PER CURIAM**

On April 21, 2025, a petition for reciprocal disbarment was filed in this matter. Collins was personally served with the petition and summons on April 28, 2025. Mr. Collins has not filed any response to the petition. He is therefore in default under Ark. R. Civ. P. 55; the allegations of the petition are deemed admitted; and the proper sanction is reciprocal disbarment. The name of Michael David Collins of Fort Smith, Arkansas, shall be removed from the registry of attorneys licensed by the State of Arkansas. Further, he is enjoined from engaging in the practice of law in this state unless permitted pursuant to a law license granted by another duly authorized state or jurisdiction and in accordance with the rules and procedures governing the practice of law in Arkansas.

It is so ordered.